E-filing

# COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  WEAVER     WILLIE
      (Last)       (First)       (Initial)

Prisoner Number  J-91389

Institutional Address  PELICAN BAY STATE PRISON
P.O. Box 7000 CRESCENT CITY, CA, 95531

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(Enter the full name of plaintiff in this action)

vs.

CORRECTIONAL OFFICER C. ROMAN
THIRD WATCH 02/24/08

(Enter the full name of the defendant(s) in this action)

Case No. CV 08 1280
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed.]*

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  P.S.␣ (P.B.S.P.)

B.  Is there a grievance procedure in this institution?
    YES (✓)   NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES (✓)   NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                            - 1 -

1. Informal appeal _____

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )   NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. __STILL BEING PROCESSED__

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

WILLIE WEAVER, PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

PELICAN BAY STATE PRISON, CORRECTIONAL OFFICER C.R. HOMAN

COMPLAINT                    - 2 -

1
2
3
4
5  III.    Statement of Claim.
6           State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10  ON 02/24/08 PLAINTIFF ASKED
11  CORRECTIONAL OFFICER C.ROMAN
12  TO SIGN HIS LEGAL MAIL, HE DID
13  NOT SIGN PLAINTIFF LEGAL MAIL
14  AND JUST WALKED OFF WITHOUT
15  SIGNING PLAINTIFF LEGAL MAIL,
16  THAT HAD TO GO OUT TO SUPREME
17  COURT CASE NO # 06-80097, SEE:
18  CALIFORNIA CODE OF REGULATION
19  TITLE 15, ARTICLE 6, 3160(A)
20  THE DEFENDANT SHOWED DELIBERATE
21  INDIFFERENCE UNDER THE EIGHT AMEND-
22  -MENT THAT CONSTITUE CRUEL UNUSAL
23  IV.    Relief.  PUNISHMENT.
24          Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26  LIABILITY DAMAGES 25,000 TWENTY
27  FIVE THOUSAND DOLLARS DUE TO
28  HARASSMENT'S, CONSPIRACY'S U.S.
    CONSTITUTION VIOLATION, PENAL CODE
    VIOLATIONS,
COMPLAINT                                    -3-

1  PUNITIVE DAMAGES 25,000 THOUSAND
2  DOLLARS DUE TO, MENTAL ANGUISH
3  STRESS, DISORDER,
4
5   I declare under penalty of perjury that the foregoing is true and correct.
6
7   Signed this  02   day of  24        , 20 08
8
9                    Willie Weaver
10                      (Plaintiff's signature)

COMPLAINT                        - 4 -

WILLIE WEAVER
J-91389 B-5-210
PELICAN BAY STATE
PRISON P.O. Box 7000
CRESCENT CITY, CA.
95531.

CONFIDENTIAL
LEGAL MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

OFFICE OF THE CLERK
UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF CALIFORNIA 450
GOLDEN GATE AVENUE
SAN FRANCISCO, CA.